WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frank D. Marcum, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV-04-1824-PHX RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Purdue Pharma Co., et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court are Plaintiff's Motion to Stay Proceedings filed July 13, 2005 (doc. # 136), and Plaintiff's Motion to Extend Time to Respond to Abbott's Motion for Summary Judgment filed July 22, 2005 (doc. # 143). Plaintiff claims to have suffered injuries as a result of using Defendants' painkiller OxyContin, and Plaintiff's counsel has petitioned the Judicial Panel on Multidistrict Litigation to create a multidistrict litigation case for similar OxyContin cases now pending in several districts. Based on the possibility that a multidistrict litigation case may be formed, Plaintiff's counsel now seeks to stay this suit until the Judicial Panel rules on

1   the petition before it.   Mot. to Stay (doc. # 136) at p.1-3.

2   Defendants have filed responses in opposition to Plaintiff's

3   motion on July 28, 2005 (doc. ## 151-152).

4        The fact discovery deadline in this case has already

5   passed, and although the continued oral deposition of Dr. John

6   Porter remains scheduled for October 15, 2005 (doc. ## 173,

7   175), nothing else suggests that a stay would result in a

8   tremendous saving of the litigants' and counsels' resources, or

9   would otherwise benefit the litigation process.   Accordingly,

10  Plaintiff's Motion to Stay Proceedings is denied at this time.

11  The case will continue to be governed by the Scheduling Order

12  entered December 8, 2004 (doc. # 104).

13       Plaintiff's Motion to Extend Time to Respond to Abbott's

14  Motion for Summary Judgment is granted.   Plaintiff shall file

15  his response to Abbott's Motion for Summary Judgment within 30

16  (thirty) days of the filing of this order.

17  Therefore,

18       IT IS ORDERED that Plaintiff's Motion to Stay Proceedings

19  (doc. # 136) is DENIED.

20       IT IS FURTHER ORDERED that Plaintiff's Motion to Extend

21  Time to Respond to Abbott's Motion for Summary Judgment (doc.

22  # 143) is GRANTED.

23       IT IS FURTHER ORDERED that the deadline for Plaintiff to

24  respond to Abbott's Motion for Summary Judgment (doc. # 143)

25  . . .

26

27

28

shall be extended to 30 (thirty) days from the entry of this order.

DATED this 29th day of September, 2005.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record